UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60495-WPD

LUIS SIERRA,

    Plaintiff,

vs.

ACEBEY, INC. d/b/a
STRATHMORE BAGEL DELI,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LUIS SIERRA, and Defendant, ACEBEY, INC. d/b/a STRATHMORE BAGEL DELI, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice, as the parties have amicably settled this matter. Each party shall bear his/its own attorneys' fees and costs.

AGREED and STIPULATED on this 11th day of December, 2017.

| | |
|---|---|
| */s/ Jessica L. Kerr*_____ | */s/ Nolan Klein*_____ |
| Jessica L. Kerr, Esquire | Nolan Klein, Esquire |
| Florida Bar No. 92810 | Florida Bar No. 647977 |
| **The Advocacy Group** | */s/ Hector Ramirez*_____ |
| 333 Las Olas Way | Hector Ramirez, Esquire |
| CU3 Suite 311 | Florida Bar No. 484857 |
| Fort Lauderdale, FL 33301 | **LAW OFFICES OF NOLAN KLEIN, P.A.** |
| Telephone: (954) 282-1858 | Wells Fargo Tower-Suite 1500 |
| Email: service@advocacypa.com | One East Broward Blvd |
| *Counsel for Plaintiff* | Fort Lauderdale, Florida 33301 |
| | Telephone: (954) 745-0588 |
| | Email: klein@nklegal.com |
| | Email: ramirez@nklegal.com |
| | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of December, 2017, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                                                              By: */s/ Jessica L. Kerr*
                                                                                               Jessica L. Kerr, Esquire
                                                                                               Florida Bar No. 92810