UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-60495

LUIS SIERRA,

    Plaintiff,

vs.

ACEBEY, INC. d/b/a
STRATHMORE BAGEL DELI,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Stipulation of Dismissal with Prejudice [DE 21], and the Court, having considered same, having reviewed the file, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action [DE 21] is **DISMISSED WITH PREJUDICE**;

2. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida on this 11th day of December, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record